IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Amanda B.,

                Case No. 2:25-cv-711

      Plaintiff,

  v.                Judge Graham

Commissioner of Social Security,        Magistrate Judge Litkovitz

      Defendant.

Order

This matter is before the Court for consideration of the May 18, 2026 Report and Recommendation of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The Magistrate Judge recommended that the Commissioner of Social Security's nondisability finding be reversed and that this case be remanded to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. § 405(g). The Report and Recommendation advised the parties that a failure to object within fourteen days would result in waiver of the right to have the District Judge review the Report and Recommendation *de novo* and a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. The time period for filing objections has expired, and no party has objected to the Report and Recommendation.

Upon review, the Court agrees with the Report and Recommendation (Doc. 13), and it is hereby adopted. The Court SUSTAINS Plaintiff's Statement of Error (Doc. 10), REVERSES the Commissioner of Social Security's nondisability finding, and REMANDS this case to the Commissioner and the ALJ under Sentence Four of § 405(g) for proceedings consistent with the Magistrate Judge's finding of error.

                *s/ James L. Graham*
                JAMES L. GRAHAM
                United States District Judge

DATE: June 4, 2026